# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**VICTOR CONLEY,**

       **Plaintiff,**               **CIVIL ACTION NO. 07-CV-12568-DT**

   vs.

                                  **DISTRICT JUDGE BERNARD A. FRIEDMAN**

**PATRICIA CARUSO,**         **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et. al,**

       **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for the Appointment of Counsel and for an Extension of Time. (Docket no. 16). Plaintiff fails to state for how long he wishes an extension of time. This motion will be denied. In addition, after considering the appropriate factors, the Court will deny his Motion for the Appointment of Counsel. *See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993).

Defendants' Motion for Summary Judgment or to Dismiss is currently pending. (Docket no. 15). Plaintiff has not responded to this Motion and the time for responding has now expired. Nevertheless, the Court will consider a response filed on or before March 14, 2008.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for the Appointment of Counsel and for an Extension of Time (docket no. 16) is **DENIED.**

## NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March 03, 2008                     s/ Mona K. Majzoub
                                                         MONA K. MAJZOUB
                                                         UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Victor Conley and Counsel of Record on this date.

Date: March 03, 2008                      s/ Lisa C. Bartlett
                                                        Courtroom Deputy